UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kevin Garey, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>EcoAtm, LLC.,<br><br>Defendant. | Case No. 1:19-cv-02072<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Queens, New York
         May 10, 2019

By: _____
Jonathan Shalom
SHALOM LAW, PLLC.
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
718-971-9474
*ATTORNEYS FOR PLAINTIFF*

By: _____
Dennis Hopkins
PERKINS COIE LLP
30 Rockefeller Plaza
New York, NY  10528
(212) 262-6916
*ATTORNEYS FOR DEFENDANT*